

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ex parte William Antonio Alarcon Arriola

No. 06-23-00203-CR

Appeal from the County Court of Maverick County, Texas (Tr. Ct. No. 32532). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, William Antonio Alarcon Arriola, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 30, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk